# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
|     Elizabeth White, | ) | Case No.    19 B 14786 |
| | ) | Hon. Judge A. Benjamin Goldgar |
| | ) | |
| | ) | Chapter 13 |
| | ) | |

TO:    Marilyn Marshall, 224 S. Michigan Ave. Suite 800, Chicago, IL 60604;

See attached service list.

## PROOF OF SERVICE

    The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached Amended Chapter 13 Plan to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on July 8, 2019.

/s/ *Jeremy Nevel*
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street
28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-14786<br>Northern District of Illinois<br>Eastern Division<br>Mon Jul  8 07:39:07 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AD ASTRA RECOVERY SERV<br>7330 W 33RD ST N STE 118<br>WICHITA, KS 67205-9370 |
| (p)CREDIT PROTECTION ASSOCIATION LP<br>PARKWAY CENTER V<br>2500 DALLAS PARKWAY SUTIE 500<br>PLANO TX 75093-4867 | CREDIT MGMT<br>PO BOX 7799<br>ROCHESTER, MN 55903-7799 | City of Chicago - Dep't of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| City of Chicago Department of Administrative<br>111 W. Jackson<br>Ste. 600<br>Chicago, IL 60604-3517 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste.600<br>Chicago IL. 60604-3517 | ComEd<br>3 Lincoln Center<br>Bankruptcy Section<br>Oakbrook Terrace, IL 60181-4204 |
| Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | FED LOAN SERV<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | FEDLOAN<br>Po Box 69184<br>Harrisburg, PA 17106-9184 |
| FNB OMAHA<br>1620 DODGE ST<br>OMAHA, NE 68197-0003 | HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 | I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 |
| IL Secretary of State<br>2701 S. Dirksen Parkway<br>Springfield, IL 62723-0002 | IL Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | Illinois Department of Employment Security<br>PO Box 4385<br>Chicago, IL 60680-4385 |
| MAD GAS&ELEC<br>P.O. BOX 1231<br>MADISON, WI 53701-1231 | MADISON GAS & ELECTRIC CO<br>co STATE COLLECTION SERVICE,INC.<br>2509 S STOUGHTON ROAD<br>PO Box 6250<br>MADISON, WI 53716-0250 | Northport Apartments<br>1740 Northport Dr<br>Madison, WI 53704-3026 |
| PEOPLES ENGY<br>200 EAST RANDOLPH<br>CHICAGO, IL 60601-6302 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 | SpeedyRapid Cash<br>PO Box 780408<br>Wichita, KS 67278-0408 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | US DEPT ED<br>PO Box 105081<br>Atlanta, GA 30348-5081 | Elizabeth White<br>8904 S. Clyde<br>Chicago, IL 60617-2921 |
| Jeremy M Nevel<br>The Semrad Law Firm, LLC<br>20 S. Clark St., Suite 2800<br>Chicago, IL 60603-1811 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Mitchell Shanks<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th floor<br>Chicago, IL 60603-1811 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CRD PRT ASSO
13355  NOEL ROAD#
DALLAS, TX 75240

Sprint
P.O. Box 219554
Kansas City, MO 64121

(d)Sprint Corp
Attention Bankruptcy
PO Box 7949
Overland Park, KS 66207-0949

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30